No. 20.   DANIELS ET AL. *v.* ALLEN, WARDEN, 344 U. S. 443;

No. 22.   SPELLER *v.* ALLEN, WARDEN, 344 U. S. 443;

No. 32.   BROWN *v.* ALLEN, WARDEN, 344 U. S. 443;

No. 129.   BABB *v.* BENJAMIN, CHIEF OF THE CHICAGO AREA, SOCIAL SECURITY ADMINISTRATION, ET AL., 344 U. S. 807;

No. 264.   BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, ET AL., *v.* UNITED STATES EX REL. ALMEIDA, *ante,* p. 904;

No. 426.   HEIKKILA *v.* BARBER, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE, ET AL., *ante,* p. 229;

No. 474.   BLOOM ET AL. *v.* WILLIS ET AL., *ante,* p. 916;

No. 586.   KNISELY *v.* UNITED STATES, *ante,* p. 923;

No. 364, Misc.   COKER *v.* CALIFORNIA, *ante,* p. 919;

No. 372, Misc.   SEVERA *v.* NEW JERSEY, *ante,* p. 929;

No. 420, Misc.   PENNSYLVANIA EX REL. CAREY *v.* KEEPER OF THE MONTGOMERY COUNTY PRISON, *ante,* p. 930; and

No. 331, Misc.   LEYRA *v.* NEW YORK, *ante,* p. 918. Petitions for rehearing denied.

MAY 4, 1953.

No. 566.   HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* BOHNEN, EXECUTOR, ET AL.   Certiorari, 345 U. S. 903, to the United States Court of Appeals for the Seventh Circuit.   Argued April 29, 1953.   Decided May 4, 1953.   *Per Curiam:* The judgment is affirmed by an equally divided Court.   MR. JUSTICE JACKSON took no part in the consideration or decision of this case.   *Lee A. Jackson* argued the cause for petitioner.   With him on the brief were *Acting Solicitor General Stern, Assistant*